IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| RICKY LEON DORITY | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 5:08cv127 |
| WARDEN KEITH ROY | § | |

### MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Ricky Leon Dority, an inmate confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes petitioner's objections are without merit and should be overruled. The Supreme Court made clear in *Heller* that its holding does not cast doubt on the prohibition of possession of firearms by felons and the mentally ill. *See District of Columbia v. Heller*, __ U.S. __, 128 S.Ct. 2783, 2816-2817, 171 L.Ed.2d 637 (2008). Further, the Court recently repeated such assurances in a case involving another Second Amendment challenge. *See McDonald v. City of Chicago, Illinois*, __ U.S. __, 130 S.Ct. 3020, 3047, __ L.Ed.2d __ (2010).

O R D E R

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 17th day of August, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE